SAM EBER, Respondent, v. BENRUS WATCH COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies a motion by defendant for an inspection of books and records of plaintiff.) Present — McCurn, Larkin, Love, Vaughan and Kimball, JJ.

LENA C. YOUNG, as Administratrix of the Estate of RAYMOND YOUNG, Deceased, Respondent, v. NEW YORK STATE ELECTRIC & GAS CORPORATION et al., Appellants.— Judgment and order affirmed, with costs. All concur, except Larkin, J., not voting, and Vaughan, J., who dissents and votes for reversal and for dismissal of the complaint on the ground that the plaintiff has failed to establish any actionable negligence on the part of defendants and that it affirmatively appears that the decedent was guilty of contributory negligence. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

MARJORIE S. YORK, as Administratrix of the Estate of HAROLD SAMPSON, Deceased, Respondent, v. NEW YORK STATE ELECTRIC & GAS CORPORATION et al., Appellants.— Same decision and like cause of action as in companion case of *Young* v. *New York State Electric & Gas Corp.* (*ante*, p. 939, decided herewith.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD E. GRIFFIN, Appellant.— Judgment of conviction and order affirmed. Memorandum: The verdict is amply supported by the evidence and no error prejudicial to the defendant's right to a fair trial was committed by the separation of the jury (*People* v. *Dunbar Contracting Co.*, 215 N. Y. 416, 426; *People* v. *Buchanan*, 145 N. Y. 1; *People* v. *Johnson*, 110 N. Y. 134) or the investigation conducted by the trial court in the absence of the defendant relative to such separation. We have considered the other rulings of the trial court to which appellant takes exception and believe they do not warrant reversal of the judgment of conviction. All concur; Larkin, J., not voting. (The judgment convicts defendant of the crime of manslaughter, second degree. The order denies defendant's motion for an inspection of the minutes of the grand jury and denies defendant's motion to dismiss the indictment.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.